

# NUMBER 13-21-00199-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE JUAN FRANCISCO JIMENEZ
## AND ROLANDO QUINTANA, SUBSTITUTE TRUSTEE

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

Relators Juan Francisco Jimenez and Rolando Quintana, Substitute Trustee, filed a petition for writ of mandamus on June 24, 2021. Through this original proceeding, relators seek to compel the trial court to (1) vacate a temporary restraining order and an order setting aside a foreclosure on grounds that these orders are void, and (2) grant relators' motion to dismiss under Texas Rule of Civil Procedure 91a because the underlying lawsuit is baseless. *See* TEX. R. CIV. P. 91a (providing for the dismissal of

"baseless causes of action").

The Court requests that the real party in interest, Pedro Saldivar, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of June, 2021.